BEFORE THE FIRST DIVISION, OCTOBER 18, 1967

**No. P67/344.**—Metasco, Inc. *v.* United States, protests 66/14644, 66/16954, and 66/18394 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1967

**No. P67/345.**—Service Cycle Supply Corp. *v.* United States, protest 62/11729 (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of certain padlocks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiff was sustained.

**No. P67/346.**—Franklin Lock & Pulley Mfg. Corp. *v.* United States, protests 62/19702, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "A," covered by the foregoing protests, consist of padlocks, not cabinet locks; that the items of merchandise marked "B" consist of cabinet locks; and that said items marked "A" or "B" are of plate or disc tumbler construction similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claims of the plaintiff were sustained.

**No. P67/347.**—Baumrin Brothers et al. *v.* United States, protests 66/3870, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of certain padlocks, cabinet, or drawer locks similar in all material respects to those the subject of *Shriro Trading Corp.* v. *United States* (56 Cust. Ct. 422, C.D. 2669), the claim of the plaintiffs was sustained.